Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| MICHAEL LYNN WORTHY | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-CV-382 |
| v. | |
| EVELYNE A. O'SULLIVAN, et al. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Amended Complaint is Dismissed and tge Court certifies that any appeal would not be taken in good faith and, therefore leave to appeal to the Court of Appeals as a poor person is denied.

| | |
|---|---|
| Date: September 18, 2023 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | |
| | By: s/Suzanne<br>     Deputy Clerk |